# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ETRIC PRUITT,<br><br>    Defendant. | CRIMINAL NO. 5:19-CR-206-KKC-8<br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the defendant Etric Pruitt's motion to vacate under 28 U.S.C. § 2255 (DE 658) is DENIED;

2) this judgment is FINAL and APPEALABLE;

3) a certificate of appealability will not be issued, Pruitt having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) This matter is STRICKEN from the Court's active docket.

This 19th day of April, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY